UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:16-cv-01930-PSG (SK) | Date | November 23, 2016 |
|---|---|---|---|
| Title | Edgar Martinez v. Frank Wilson | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Marc Krause | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On September 9, 2016, Petitioner, through counsel, filed a federal habeas petition under 28 U.S.C. § 2241, challenging an indefinite detention pending removal from the United States. (ECF No. 1). As of the date of the Petition, Petitioner alleges that he has been in ICE custody for more than four years and there is no indication that any country will accept Petitioner. Respondent has consented to proceed before a U.S. Magistrate Judge for all purposes (ECF No. 7), but Petitioner has not indicated whether he consents or not.

The Court ordered a response to the Petition on September 13, 2016 (ECF No. 4), after which it granted Respondent an extension of time to October 27, 2016 (ECF No. 8). Respondent missed this deadline and on November 7, 2016 filed a late ex parte application for extension of time to November 22, 2016 to respond to the Petition, without any explanation for why the ex parte application was filed late. (ECF No. 10). The Court nonetheless granted the requested extension on November 8, 2016. (ECF No. 11).

Respondent has now missed the second deadline of November 22, 2016, and no timely application or stipulation for an extension of time has been filed. **THEREFORE, Respondent is ORDERED TO SHOW CAUSE by no later than December 7, 2016, why the Petition should not be granted for failure to respond and failure to obey court orders. Counsel for the parties shall appear at an OSC hearing on December 7, 2016 at 1:00 PM in Courtroom 24 of the U.S. Courthouse located at 312 N. Spring Street.** Petitioner should indicate by that date whether he consents to proceed before a U.S. Magistrate Judge for entry of final judgment. There are no adverse substantive consequences for declining consent.