**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDGAR MARTINEZ,

                Petitioner,

      v.

FRANK WILSON, et al.,

                Respondents.

CASE NO. 5:16-cv-01930-PSG (SK)

**JUDGMENT**

      Pursuant to the Order Dismissing the Petition as Moot, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed.

DATED:_____1/6/17_____

_____
PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE